# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**ROBERT GREER,**

        **Plaintiff,**

-vs-                                    Case No. 2:10-cv-10135-PJD-MAR
                                          HON. Judge Patrick J. Duggan

**CONSUMER PORTFOLIO SERVICES, INC.,**

        **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

      **NOW COMES** the Plaintiff, ROBERT GREER, by and through his attorney, The Law Offices of Brian P. Parker, P.C., and voluntarily dismisses with prejudice the above action against Defendant with no costs or attorney fees to either party.

                                                           Respectfully submitted,

                                                           LAW OFFICES OF BRIAN P. PARKER, P.C.

                                                           _s/Brian P. Parker_
                                                           BRIAN P. PARKER (P48617)
                                                           Attorney for Plaintiff
                                                           30700 Telegraph Rd, Suite 1580
                                                           Bingham Farms, MI 48025
Dated: March 24, 2010                      (248) 642-6268
                                                           lemonlaw@ameritech.net

UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF MICHIGAN

ROBERT GREER,

                    Plaintiff,

-vs-                                        Case No. 2:10-cv-10135-PJD-MAR
                                            HON. Judge Patrick J. Duggan

CONSUMER PORTFOLIO SERVICES, INC.,

                    Defendant.
_____/

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

                    At a session of said Court held in the
                       County of Wayne, State of Michigan
                              on March 24, 2010.

                    PRESENT: HON. PATRICK J. DUGGAN

Upon the reading and filing of the Notice of Voluntary Dismissal With Prejudice and Without

Costs, the Court being otherwise advised in the premises, NOW, THEREFORE,

    IT IS HEREBY ORDERED Defendant is hereby dismissed from this

cause of action, with no costs or attorney fees to either party.


                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated:  March 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 24, 2010, by electronic and/or ordinary mail.

                        s/Marilyn Orem
                        Case Manager