# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**ROBERT GREER,**

        **Plaintiff,**

-vs-                                         Case No. 2:10-cv-10135-PJD-MAR
                                              HON. Judge Patrick J. Duggan

**CONSUMER PORTFOLIO SERVICES, INC.,**

        **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

     **NOW COMES** the Plaintiff, ROBERT GREER, by and through his attorney, The Law Offices of Brian P. Parker, P.C., and voluntarily dismisses with prejudice the above action against Defendant with no costs or attorney fees to either party.

                                            Respectfully submitted,

                                            LAW OFFICES OF BRIAN P. PARKER, P.C.

                                            _s/Brian P. Parker_
                                            BRIAN P. PARKER (P48617)
                                            Attorney for Plaintiff
                                            30700 Telegraph Rd, Suite 1580
                                            Bingham Farms, MI 48025
Dated: March 24, 2010                 (248) 642-6268
                                            lemonlaw@ameritech.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**ROBERT GREER,**

          **Plaintiff,**

-vs-                                        Case No. 2:10-cv-10135-PJD-MAR
                                              HON. Judge Patrick J. Duggan

**CONSUMER PORTFOLIO SERVICES, INC.,**

          **Defendant.**

_____/

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the
County of Wayne, State of Michigan
on March 24, 2010.

PRESENT: HON. PATRICK J. DUGGAN

Upon the reading and filing of the Notice of Voluntary Dismissal With Prejudice and Without

Costs, the Court being otherwise advised in the premises, NOW, THEREFORE,

    IT IS HEREBY ORDERED Defendant is hereby dismissed from this

cause of action, with no costs or attorney fees to either party.

                            s/Patrick J. Duggan             
                                Patrick J. Duggan
                                United States District Judge

Dated: March 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 24, 2010, by electronic and/or ordinary mail.

                                s/Marilyn Orem             
                                Case Manager